**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EUGENE PRICE, | No.  2:25-CV-3595-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| GONZALES, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion for a 60-day extension of time to file a first amended complaint.  See ECF No. 11.  Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time due to temporary separation from his legal materials following an altercation with prison staff, Plaintiff's motion will be granted.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1.    Plaintiff's motion for an extension of time, ECF No. 11, is granted.

2.    Plaintiff shall file a first amended complaint within 60 days of the date of this order.

Dated:  May 13, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2