**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EUGENE LEON PRICE,<br>Plaintiff,<br>v.<br>GONZALES, et al.,<br>Defendants. | No. 2:25-cv-3595-ICD-P<br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Before the Court is ECF No. 13, Plaintiff's objections to the Court's April 20, 2026, order.

The Court dismissed Plaintiff's complaint with leave to amend, ordering Plaintiff to file a first amended complaint within 30 days. ECF No. 10. Instead, on June 12, 2026, within 30 days of being served with an order granting a 60-day extension, Plaintiff submitted his objections to the Court's order. ECF No. 13. In his objections, Plaintiff merely restates the basic complaint which the Court found to be deficient under Federal Rule of Civil Procedure 8. Id.; ECF No. 10.

Consistent with the Court's prior order, Plaintiff is again informed that he must demonstrate how the conditions complained of have resulted in a deprivation of Plaintiff's constitutional rights. See Ellis v. Cassidy, 625 F.2d 227 (9th Cir. 1980). The complaint must specifically allege how each named defendant is involved and must set forth some affirmative link or connection between each defendant's actions and the claimed deprivation. See May v. Enomoto, 633 F.2d 164, 167 (9th Cir. 1980); Johnson v. Duffy, 588 F.2d 740, 743 (9th Cir. 1978). His current objections to the Court's prior order does not change the Court's analysis. Plaintiff will be provided additional time to file an amended complaint, in which he may clarify his allegations. Plaintiff is warned that failure to file an amended complaint within the time

provided may result in dismissal of this action for lack of prosecution and failure to comply with court rules and orders. See E.D. Cal. L.R. 110.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's objections to the Court's prior order, ECF No. 13, are OVERRULED.

2. Plaintiff shall file an amended complaint within 30 days of the service of this order.

Dated: October 20, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE